**J. A. CHRIST, trading and doing business under the trade name of CHRIST BUILDING SUPPLY COMPANY v. LEWIS BISHOP, also known as LOUIS BISHOP, and his wife, MINNIE BISHOP.**

25 So. (2nd) 498                      January Term, 1946
March 22, 1946                     Special Division B
Rehearing denied April 18, 1946.

*M. A. Rosin,* for appellant.
*Gordon Hays* and *W. D. Bell,* for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN and SEBRING, JJ., and BARNS, Circuit Judge, concur.